AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____    District of    _____ALABAMA (Northern Division)_____

RICKEY PHILLIPS, as Administrator of the
Estate of Susan Phillips, deceased

V.

TMA Forest Products Group, a subsidiary of
PACTIV; and Louisiana Pacific Corporation

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  *2:06CV084·MEF*

TO: (Name and address of Defendant)  *TMA Forest Products Group*

~~████████████~~
c/o The Corporation Company
2000 Interstate Park Drive
Suite 204
Montgomery, AL  36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

W. Eason Mitchell
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS  39703-0866

Telephone - 662-327-0903
Facsimile - 662-329-4832

an answer to the complaint which is served on you with this summons, within ____*20*____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_
_____
CLERK

_____
(By) DEPUTY CLERK

_2/6/06_
_____
DATE

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

|                  MIDDLE                  | District of |          ALABAMA (Northern Division)          |

| MELANIE CHAMBERS, Who Sues By and
Through Her Mother and Next Friend, Gail Tatum

V.

TMA Forest Products Group, a subsidiary of
PACTIV; and Louisiana Pacific Corporation

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: *2:06cv84 -met*

TO: (Name and address of Defendant)

> Louisiana-Pacific Corporation
> c/o United States Corporation Company
> 150 South Perry Street
> Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> W. Eason Mitchell
> The Colom Law Firm, LLC
> Post Office Box 866
> Columbus, MS  39703-0866
>
> Telephone - 662-327-0903
> Facsimile - 662-329-4832

an answer to the complaint which is served on you with this summons, within ____*20*____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
_____
CLERK

_X_ _Li K Sent_
(By) DEPUTY CLERK

DATE    *2/6/06*