**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TMA FOREST PRODUCTS GROUP
c/o The Corporation Company
2000 Interstate Park Drive, Ste 204
Montgomery, AL 36109

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Slauson_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery 2-7-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

2:06CV84-MEF
SJC

☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)   7000 0520 0016 7839 2563

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540