IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICKEY PHILLIPS, as Administrator of the Estate of SUSAN PHILLIPS, deceased, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:06-CV-84-WKW ) |
| PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION, | ) ) ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of Defendants' Consent Motion for Extension of Time to Respond to Complaint (Doc. # 5), it is ORDERED that the motion is MOOT as Plaintiff has filed an Amended Complaint (Doc. # 6). Pursuant to Federal Rule of Civil Procedure 15(a), it is further ORDERED that Defendants shall respond to the Amended Complaint on or before March 22, 2006.

DONE this the 23rd day of February, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE