IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICKEY PHILLIPS, as Administrator of the Estate of SUSAN PHILLIPS, deceased, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:06-CV-84-WKW ) |
| PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION, | ) ) ) |
| Defendants. | ) |

## **ORDER**

It is ORDERED that Plaintiff's Unopposed Motion for Extension of Time (Doc. # 18) is GRANTED. The date for responding to Defendants' Motion to Dismiss is extended from April 14, 2006, to April 24, 2006.

DONE this the 14th day of April, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE