State of Alabama
County of Covington

## AFFIDAVIT

My name is Rickey Phillips and I reside at 22744 9th Avenue, Florala, AL 36442. I am the former husband and widower of Susan Renee Phillips. My wife, Susan, was born on June 13, 1961, and died on May 26, 2004, in the State of Alabama of metastatic lung cancer.

I knew my wife all of her life. She lived from approximately the time of her birth until 1985 at her parents' home located at 1902 West 7th Avenue in Florala, Alabama, which is approximately 3/4 of a mile from the Louisiana-Pacific wood treatment facility. In 1985, she moved to 22744 9th Avenue where we lived until the time of her death. Our residence is approximately one mile from the Louisiana-Pacific wood treatment facility. Susan attended school just a few hundred yards from the Louisiana-Pacific facility. Susan was not employed by any of the owners or operators of the Louisiana-Pacific wood treatment facility and was never exposed to any industrial or hazardous chemicals, except those which we have now learned came from the Louisiana-Pacific/PACTIV wood treatment facility. Susan had no reason to know and never

suspected the cause of her cancer, and I did not learn about the cause of her cancer until after her death. I had no knowledge or suspicion that the cancers in our area and community were caused by chemicals which were released into the environment at the Louisiana-Pacific wood treatment facility. It is now my belief that the chemicals which were released into the environment from the former Louisiana-Pacific facility contaminated our community and homes and those hazardous and toxic chemicals are the cause of Susan Phillips' illness and death. Neither I nor Susan Phillips knew that the chemicals which were released into the environment from the Louisiana-Pacific facility caused or promoted cancer.

_____
RICKEY PHILLIPS

Sworn to and subscribed before me this __10__ day of __April__, 2006.

_____
NOTARY PUBLIC

My Commission Expires: 9-13-08

45333.wpd