

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com



This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com