# SEVERN TRENT LABORATORIES, INC.
## PRELIMINARY DATA SUMMARY

---
The results shown below may still require additional laboratory review and are subject to change. Actions taken based on these results are the responsibility of the data user.
---

```
                        Soil Water Air Protection Enterprise                  PAGE    18
Lot #:  G6C040214              Creosote Sites          Date Reported:   3/27/06

                                        REPORTING            ANALYTICAL
   PARAMETER                  RESULT    LIMIT      UNITS     METHOD

Client Sample ID: 21967 LOCKHART
Sample #:  009    Date Sampled: 03/03/06 09:25  Date Received: 03/04/06  Matrix: SOLID

Dibenzodioxins and Dibenzofurans, HRGC/HRMS                              Reviewed

  J  Estimated result. Result is less than the reporting limit.


8270C (SIM)                                                              In Review
  Acenaphthene               ND         52000      ng/kg     SW846 8270C SIM
  Acenaphthylene             23000 J    52000      ng/kg     SW846 8270C SIM
  Anthracene                 43000 J    52000      ng/kg     SW846 8270C SIM
  Benzo(a)anthracene         ND         52000      ng/kg     SW846 8270C SIM
  Benzo(b)fluoranthene       430000     52000      ng/kg     SW846 8270C SIM
  Benzo(k)fluoranthene       340000     52000      ng/kg     SW846 8270C SIM
  Benzo(ghi)perylene         320000     52000      ng/kg     SW846 8270C SIM
  Benzo(a)pyrene             31000 J    52000      ng/kg     SW846 8270C SIM
  Benzo(e)pyrene             34000 J    52000      ng/kg     SW846 8270C SIM
  Chrysene                   ND         52000      ng/kg     SW846 8270C SIM
  Dibenz(a,h)anthracene      37000 J    52000      ng/kg     SW846 8270C SIM
  Fluoranthene               930000     52000      ng/kg     SW846 8270C SIM
  Fluorene                   17000 J    52000      ng/kg     SW846 8270C SIM
  Indeno(1,2,3-cd)pyrene     230000     52000      ng/kg     SW846 8270C SIM
  2-Methylnaphthalene        19000 J    52000      ng/kg     SW846 8270C SIM
  Naphthalene                28000 J    52000      ng/kg     SW846 8270C SIM
  Phenanthrene               690000     52000      ng/kg     SW846 8270C SIM
  Pyrene                     640000     52000      ng/kg     SW846 8270C SIM

  Results and reporting limits have been adjusted for dry weight.
  J  Estimated result. Result is less than RL.


8270C (SIM)                                                              In Review
             IN PROGRESS


Inorganic Analysis                       Soil                            Reviewed
  Method for Determination   4.2         0.10       %         ASTM D 2216-90
    of Water Content of Soil
```

(Continued on next page)

## SEVERN TRENT LABORATORIES, INC.
## PRELIMINARY DATA SUMMARY

---

The results shown below may still require additional laboratory review and are subject to change. Actions taken based on these results are the responsibility of the data user.

---

```
                        Soil Water Air Protection Enterprise                PAGE    17
Lot #:  G6C040214                Creosote Sites              Date Reported:  3/27/06
```

| PARAMETER | RESULT | REPORTING LIMIT | UNITS | ANALYTICAL METHOD |
|---|---|---|---|---|

**Client Sample ID: 21967 LOCKHART**
Sample #: 009   Date Sampled: 03/03/06 09:25   Date Received: 03/04/06   Matrix: SOLID

| ICP-MS (6020) | | | | | Reviewed |
|---|---|---|---|---|---|
| Arsenic | 261 | 0.21 | mg/kg | SW846 6020 | |
| Chromium | 25.2 | 0.21 | mg/kg | SW846 6020 | |
| Copper | 44.7 | 0.21 | mg/kg | SW846 6020 | |

Results and reporting limits have been adjusted for dry weight.

| Dibenzodioxins and Dibenzofurans, HRGC/HRMS | | | | | Reviewed |
|---|---|---|---|---|---|
| 2,3,7,8-TCDD | 4.5 | | pg/g | SW846 8290 | |
| Total TCDD | 65 | | pg/g | SW846 8290 | |
| 1,2,3,7,8-PeCDD | 51 | | pg/g | SW846 8290 | |
| Total PeCDD | 380 | | pg/g | SW846 8290 | |
| 1,2,3,4,7,8-HxCDD | 110 | | pg/g | SW846 8290 | |
| 1,2,3,6,7,8-HxCDD | 350 | | pg/g | SW846 8290 | |
| 1,2,3,7,8,9-HxCDD | 340 | | pg/g | SW846 8290 | |
| Total HxCDD | 2700 | | pg/g | SW846 8290 | |
| 1,2,3,4,6,7,8-HpCDD | 7100 D | | pg/g | SW846 8290 | |
| Total HpCDD | 13000 | | pg/g | SW846 8290 | |
| OCDD | 39000 D | | pg/g | SW846 8290 | |
| 2,3,7,8-TCDF | 34 CON | | pg/g | SW846 8290 | |
| Total TCDF | 130 | | pg/g | SW846 8290 | |
| 1,2,3,7,8-PeCDF | 49 | | pg/g | SW846 8290 | |
| 2,3,4,7,8-PeCDF | 73 | | pg/g | SW846 8290 | |
| Total PeCDF | 440 | | pg/g | SW846 8290 | |
| 1,2,3,4,7,8-HxCDF | 340 | | pg/g | SW846 8290 | |
| 1,2,3,6,7,8-HxCDF | 180 | | pg/g | SW846 8290 | |
| 2,3,4,6,7,8-HxCDF | 150 | | pg/g | SW846 8290 | |
| 1,2,3,7,8,9-HxCDF | 4.6 J | | pg/g | SW846 8290 | |
| Total HxCDF | 3200 | | pg/g | SW846 8290 | |
| 1,2,3,4,6,7,8-HpCDF | 4600 D | | pg/g | SW846 8290 | |
| 1,2,3,4,7,8,9-HpCDF | 76 J,D | | pg/g | SW846 8290 | |
| Total HpCDF | 8200 | | pg/g | SW846 8290 | |
| OCDF | 2200 D | | pg/g | SW846 8290 | |

Results and reporting limits have been adjusted for dry weight.
D  Result was obtained from the analysis of a dilution.
CON Confirmation analysis.

(Continued on next page)