# UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

April 25, 2006

# NOTICE OF CORRECTION

FROM:      Clerk's Office

Case Style:  Ricky Phillips v. TMA Forest Products Group et al

Case No.:    2:06cv84-WKW
              Document 21 Response to Motion to Dismiss
               Filed on 4/24/06

This Notice of Correction was filed in the referenced case this date to enter the corrected signature pages into the record.   A copy of the corrected document is attached to this Notice.