# EXHIBIT C

Case 2:06-cv-00084-LES-CSC    Document 29-4    Filed 05/11/2006    Page 1 of 2

# CERTIFICATE OF GOOD STANDING



*United States of America*

*Northern District of Illinois*         } ss. Matthew C Sostrin

    I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Matthew C Sostrin was dully admitted to practice in said Court on (12/18/2003) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (02/27/2006 )

                         Michael W. Dobbins, Clerk,
                         By: David A. Jozwiak
                            Deputy Clerk