IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICKEY PHILLIPS, as Administrator of the Estate of SUSAN PHILLIPS, deceased,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>PACTIV CORPORATION and  )<br>LOUISIANA-PACIFIC CORPORATION,  )<br>)<br>Defendants.  ) | CASE NO. 2:06-CV-84-WKW |

## **O R D E R**

Upon consideration of the Motion for John C. Berghoff, Jr., Mark R. Ter Molen and Matthew C. Sostrin to Appear Pro Hac Vice (Doc. #29) filed on May 12, 2006, it is hereby

ORDERED that the motion be GRANTED.

DONE this 12th day of May, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE