

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**      }
     } ss.
**NORTHERN DISTRICT OF GEORGIA**      }

I, Luther D. Thomas, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **DOUGLAS SHEPPARD ARNOLD, 23208,** was duly admitted to practice in said Court on July 25, 1994 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 4th day of May, 2006.

                                                             LUTHER D. THOMAS
                                                             CLERK OF COURT

By: *Eugene T. Thornton*
       Eugene T. Thornton
       Deputy Clerk

