**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                              TELEPHONE (334) 954-3600

May 22, 2006

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   Phillips v. TMA Forest Products Group et al

Case Number:   2:06-cv-00084-WKW

**This Notice of Correction was filed in the referenced case this date to correct Exhibits A & B PDF document previously attached.**

**The corrected Exhibits A & B PDF documents are attached to this notice for your review. Reference is made to document #35   filed on   May 18 2006.**