IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RICKEY PHILLIPS, as Administrator of the | ) | |
| Estate of SUSAN PHILLIPS, deceased, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-84-WKW |
| | ) | |
| PACTIV CORPORATION and | ) | |
| LOUISIANA-PACIFIC CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Upon consideration of the Motion for Orlyn O. Lockard, III, Douglas Sheppard

Arnold, and Bernard Taylor, Sr. to Appear Pro Hac Vice (Doc. # 35) filed on May 18,

2006, it is hereby

ORDERED that the motion be GRANTED.

DONE this 23rd day of May, 2006.

_____/s/  W.  Keith Watkins_____
UNITED STATES DISTRICT JUDGE