IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RICKEY PHILLIPS, as Administrator of the | ) | |
| Estate of SUSAN PHILLIPS, deceased, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-84-WKW |
| | ) | |
| PACTIV CORPORATION and | ) | |
| LOUISIANA-PACIFIC CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

It is ORDERED that Defendants shall have until 5:00 p.m. on Friday, May 26, 2006, to

inform the Court of any consolidation (for discovery only) issues not addressed at the May 23, 2006

status conference.

DONE this the 24th day of May, 2006.


        /s/  W.  Keith Watkins        
UNITED STATES DISTRICT JUDGE