IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**RICKEY PHILLIPS, as Administrator of the
Estate of SUSAN PHILLIPS, deceased,**                                    **PLAINTIFF**

**VERSUS**                                    **CIVIL ACTION NO. 2:06CV84MEF**

**PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,**                                    **DEFENDANTS**

**PLAINTIFF'S SELECTION OF TEN WITNESSES**

Pursuant to the Court's Order of May 25, 2006, the Plaintiff gives notice of ten (10) persons Plaintiff proposes to depose on an expedited basis:

1. Roy Ezell
2. John "Buck" Roberts
3. Jackie Partridge
4. Carlton Dukes
5. Gail Tatum
6. Kandy Creech
7. Dorothy DeVaughn
8. Deborah Ann Reynolds
9. Sherrie Davis
10. Sandra Cobb

Respectfully submitted this 25th day of May, 2006.

   /s/ W. Eason Mitchell
W. EASON MITCHELL (MIT020)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Telephone: 662-327-0903
Facsimile: 662-329-4832

## Certificate of Service

I, W. Eason Mitchell, hereby certify that on May 25, 2006, I electronically filed the foregoing *Plaintiff's Selection of Ten Witnesses* with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

    H. Thomas Wells, Jr., Esq.
    John A. Earnhardt, Esq.
    Dennis R. Bailey, Esq.
    R. Austin Huffaker, Esq.
    Edwin Bryan Nichols, Esq.
    Erin O'Kane Scott, Esq.
    John C. Berghoff, Jr, Esq.
    Matthew C. Sostrin, Esq.
    Mark R. Ter Molen, Esq.

   /s/ W. Eason Mitchell
W. Eason Mitchell

51348.wpd