**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                              TELEPHONE (334) 954-3600

July 7, 2006

## NOTICE OF REASSIGNMENT

RE:   Ricky Phillips v. Pactic Corporation et al
      Civil Action No. 2:06cv00084-WKW

The above-styled case has been reassigned to District Judge Lyle E. Strom and Magistrate Judge Charles S. Coody

Please note that the case number is now 2:06cv00084-LES. This new case number should be used on all future correspondence and pleadings in this action.

Sincerely,

Sheryl K. Lent
Deputy Clerk