IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICKY PHILLIPS, as Administratrix of the Estate of SUSAN PHILLIPS, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>PACTIV CORPORATION, et al,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 2:06cv84-LES<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Now pending before the court is the July 28, 2006, motion to withdraw (doc. # 62) filed by defense counsel Erin Scott. Upon consideration of the motion and for good cause, it is

ORDERED that the motion to withdraw (doc. # 62) be and is hereby GRANTED.

Done this 7th day of August, 2006.

                                        /s/Charles S. Coody
                                        CHARLES S. COODY
                                        CHIEF UNITED STATES MAGISTRATE JUDGE