**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

December 27, 2006

# NOTICE OF NON-COMPLIANCE

To:     ALL COUNSEL OF RECORD

Case Style:   Phillips v. Pactiv Corporation et al

Case Number: 2:06cv84-LES-CSC

Referenced Pleading: Second Motion to Dismiss and Answer

Docket Entry Number: #67 and #68

The referenced pleadings electronically filed on 12/22/06 were filed in error. These pleadings should have been filed in the Lead Case: 2:06cv83-LES.

These pleading are hereby STRICKEN from the record and the parties are instructed to disregard the entry of these pleadings on the court's docket.