IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICKY PHILLIPS, as Administratrix of the Estate of SUSAN PHILLIPS Deceased, | ) ) ) ) Civil Action No: 2:06-cv-84-WKW |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| TMA FOREST PRODUCTS GROUP, A Division of Tennessee River Pulp And Paper Company, a Subsidiary of Packaging Corporation of America or PACTIVE CORP a/k/a PACTIV; LOUISIANA-PACIFIC CORPORATION; D&D LUMBER COMPANY, INC., d/b/a LOCKHART LUMBER COMPANY; and DEFENDANTS A, B.,C, and D, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## MOTION TO WITHDRAW

COMES NOW the undersigned counsel of record in the above referenced cause, W. Lee Gresham, III, and respectfully moves this Honorable Court for leave to withdraw from the above referenced case, and as grounds thereto says as follows:

1. That the undersigned counsel is no longer practicing with Environmental Litigation Group, P.C., counsel for the named Plaintiffs in this case.

2. That Environmental Litigation Group, P.C. will continue to handle the above-referenced matter on behalf of the named Plaintiffs.

3. That none of the parties to this case will be prejudiced if the undersigned counsel is allowed to withdraw from this case.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel respectfully moves this Court to enter an Order granting him leave to withdraw from the above-referenced case.

/s/ W. Lee Gresham, III
W. Lee Gresham, III (GRE054)

OF COUNSEL:
HENINGER, GARRISON & DAVIS, LLC
2224 1st Avenue North
Birmingham, Alabama 35203
Telephone: (205) 326-3336
Facsimile: (205) 326-3332
Lee@hgdlawfirm.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this the 11th day of June, 2007, electronically filed the foregoing Notice of Appearance with the Clerk of this Court using CM/ECF system which will send notice of such filing to the following attorneys of record:

/s/ W. LEE GRESHAM, III (GRE054)
Of Counsel

For Pactiv Corporation:
H. Thomas Wells, Jr.
John A. Earnhardt
Maynard, Cooper & Gale, P.C
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203

For Louisiana-Pacific Corporation:
Dennis R. Bailey
R. Austin Huffaker
Rushton, Stakely, Johnston & Garrett, P.A.
P.O. Box 270
Montgomery, Alabama 36101

cc:   W. Eason Mitchell
      Colon Law Firm
      P.O. Box 866
      Columbus, MS 39703

      Gregory A. Cade
      Environmental Litigation Group, P.C.
      3529 7th Avenue South
      Birmingham, AL 35222