**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**


**RICKEY PHILLIPS, as Administrator of the
Estate of SUSAN PHILLIPS, deceased,**                                    **PLAINTIFF**


**VERSUS**                                        **CIVIL ACTION NO. 2:06-CV-00084-LES**


**PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,**                                    **DEFENDANTS**

**MOTION TO AMEND COMPLAINT**

Comes now the Plaintiff, Rickey Phillips, as administrator of the

estate of Susan Phillips, deceased, and moves this Honorable Court for leave to

amend his Complaint and in support would show the following:

1.      A copy of the proposed Amended Complaint is attached hereto.

2.      This filing is in compliance with the Court's instructions of September

10, 2007.

Filed this 14th day of September, 2007.


                                         /s/ W. Eason Mitchell
                                        W. EASON MITCHELL (MIT020)
                                        The Colom Law Firm, LLC
                                        Post Office Box 866
                                        Columbus, MS 39703-0866
                                        Telephone: 662-327-0903
                                        Facsimile: 662-329-4832
                                        emitchell@colom.com

## CERTIFICATE OF SERVICE

I, W. Eason Mitchell, hereby certify that on September 14, 2007, I electronically filed the foregoing *Motion to Amended Complaint* with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Douglas Sheppard Arnold
Dennis R. Bailey
Joshua L. Becker
John C. Berghoff , Jr
Meaghan G Boyd
Richard Elder Crum
Fred R. DeLeon , Jr
John Aaron Earnhardt
Jaimy L Hamburg
R. Austin Huffaker , Jr
Orlyn O. Lockard , III
Akila S. McConnell
Edwin Bryan Nichols
Laura Ellison Proctor
Sean A. Simmons
Matthew C. Sostrin
Bernard Taylor
Mark R. Ter Molen
H. Thomas Wells, Jr
Roberta M Wertman

This 14th day of September, 2007.

/s/ W. Eason Mitchell
W. Eason Mitchell

85282.wpd

Page 2 of 2