**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 11, 2007

## NOTICE OF NON-COMPLIANCE

To:     ALL COUNSEL OF RECORD

**Case Style:**   Phillips v. Pactiv Corporation et al

**Case Number:**   2:06cv00084-LES

**Referenced Pleading:**   Motion to Withdraw, Motion to Amend, and Amended Complaint

**Docket Entry Number:**   70, 71, and 72

**The referenced pleading were electronically filed on \*\*\*June 11, 2007, September 14, 2007, and October 10, 2007\*\*\* in this case in error. These pleadings should have been filed in the Lead Case: 2:06cv83-LES.**

**The pleadings are hereby STRICKEN from the record and the parties are instructed to disregard the entry of these pleadings on the court's docket.**